UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ESQUERRA, et al.,<br><br>　　　　　Defendants. | 1:19-cv-01140-LJO-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING ACTION WITHOUT PREJUDICE**<br><br>(Docs. 2, 5) |

Plaintiff Jesse L. Youngblood is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On August 20, 2019, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. 2.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2019, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff's application to proceed *in forma pauperis* because he has three "strikes" under 28 U.S.C. § 1915(g) and failed to show that he is imminent danger of serious physical injury. (Doc. 5.) The Findings and Recommendations were served on Plaintiff the next day and allowed for objections to be filed within 21 days. (*Id.*) More than the allowed time has passed, and Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the Findings and

| | |
|---|---|
| 1 | Recommendations to be supported by the record and proper analysis. |
| 2 | Accordingly, **IT IS HEREBY ORDERED** that: |
| 3 | 1. The Findings and Recommendations issued on August 25, 2019, (Doc. 5), are adopted in full; |
| 5 | 2. Plaintiff's application to proceed *in forma pauperis*, (Doc. 2), is DENIED; and |
| 6 | 3. This action is DISMISSED without prejudice to refiling with prepayment of the filing fee. |

IT IS SO ORDERED.

Dated: **October 18, 2019**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE